ERIK P. SMITH, Attorney at Law
AMANDA FINDLAY, Attorney at Law
ERIK P. SMITH, P.C.
311-B Coeur d'Alene Avenue
Coeur d' Alene, Idaho 83814
Tel. (208) 667-2000
Fax (208) 765-9110
ISBN 5008
ISBN 9916

STATE OF IDAHO )
COUNTY OF KOOTENAI ) SS
FILED:

2017 MAY 17  PM 4: 09

CLERK DISTRICT COURT

_____
DEPUTY

Attorney for Plaintiffs

## IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE
## STATE OF IDAHO IN AND FOR THE COUNTY OF KOOTENAI

**BRADLEY BLITON and**
**SHANNON BLITON,**

        Plaintiffs,

vs.

**FIAT CHRYSLER AUTOMOBILES**
**NORTH AMERICA, LLC**
and
**FIAT CHRYSLER AUTOMOBILES, NV,**

        Defendants.

CASE NO.  CV 17- 3880

**COMPLAINT FOR DAMAGES**
**AND DEMAND FOR JURY**
**TRIAL**

        COMES NOW, the above-named Plaintiffs, BRADLEY BLITON and SHANNON
BLITON, by and through Plaintiffs' attorney of record, ERIK P. SMITH, P.C. and for
cause of action against the above-named Defendants, complain and allege as follows:

                                        I.

        This suit seeking damages for bodily injury concerns a traffic accident occurring
in Kootenai County on May 18, 2015.

RICH CHRISTENSEN

EXHIBIT A-1

II.

Plaintiff Bradley Bliton is a resident of the State of Alaska.  At the time he was involved in the traffic collision that is the subject of this suit he was an active-duty airman in the US Air Force while moving on military orders from Hampton, Virginia to Anchorage, Alaska.  Bliton was driving a 2004 Dodge Ram 1500 equipped with both front, side and curtain airbags carrying a trailer behind the truck.

III.

Defendants Fiat Chrysler Automobiles, NV and its subsidiary Fiat Chrysler Automobiles North American, LLC are the companies that have undertaken all of the warranties and other liabilities of the manufacturer of Bliton's truck, Chrysler Corporation, now defunct.

IV.

On May 18, 2015 at approximately 10 a.m. Bliton was driving his Dodge pickup truck eastbound on Highway 53 in Kootenai County near the city of Coeur d'Alene Idaho.  Another driver, Jessica Lee, was driving her car westbound on Highway 53.

V.

As Lee took a left turn onto McGuire Road without stopping she failed to see Bliton's oncoming truck and trailer.  Therefore, the Lee car hit the Bliton truck with both at high speeds on the front driver-side corner.  Bliton's truck and trailer swerved to avoid direct impact off the road into two or more vehicle rollovers coming to rest on its side in a ditch.  Bliton's vehicle path went through densely-packed gravel stones.  After Bliton rendered life-preserving emergency medical care to Lee while waiting for first responders, both parties were taken to Kootenai Hospital for emergency medical care.

VI.

Despite the severe impacts from the collision none of the three Fiat Chrysler air bags deployed.  On good faith and belief, this occurred because the air bag sensors were disabled by gravel rocks impacting underneath the truck cab, a grave design

defect in the sensors, among other acts of negligence.  The failure of the Chrysler Fiat air bag system allowed Bliton to be largely unprotected during the rollover event.

## VII.

As a result of the traffic collision, Bliton suffered a severe, permanent injury to his head, neck and back and knee requiring extensive medical care.   His most serious injury has been diagnosed as Traumatic Brain Injury which causes chronic headaches, dizziness, confusion and short-term memory lapses.   As a result, Bliton has suffered lost income, past and future, and lost income-earning capacity, incurred medical treatment at military facilities and will continue to receive medical services now from the Veteran's Administration, and has experienced physical pain and mental anguish and humiliation over his physical and mental condition and will continue to do so.

## VIII.

Bliton's wife, Co-Plaintiff Shannon Bliton, was following her husband's truck that day behind him seeing the wreck unfold.   Since that time, Shannon Bliton has experienced a great loss of companionship, advice and comfort that her husband is impaired from providing now due to his head injury.

## IX.

Both the US Air Force and the Veteran's Administration, with Bliton's cooperation, in this suit advance a third-party claim for the reasonable value of the medical services provided to Bliton and those services to be rendered in the future for injuries related to the May, 2015 traffic collision.

## X.

The Defendants' negligence and breach of warranty to provide a reasonably safe product imputed to the companies by the merger with Chrysler Corporation, was a primary cause of Bliton's injuries.  Given the severity of the danger involved with the product defect, unreliable air bag sensors, the defendant manufacturers also have strict liability for the consequences of the air bag failure in Bliton's Dodge truck.

## XI.

Trial by jury is hereby requested by the Blitons.

THEREFORE, the Plaintiffs moves this honorable Court for entry of an award against the Defendants in the amount of TEN MILLION DOLLARS ($10,000,000) in compensatory damages, jointly and severally, awarded to Bradley Bliton, and TWO MILLION DOLLARS ($2,000,000) in compensatory damages, jointly and severally, awarded to Shannon Bliton, together with an award of costs and accrued interest and attorney fees as provided for by Idaho law.

DATED this ___17___ day of May, 2017.

Erik P. Smith, Attorney for Plaintiffs