William G. Dryden #2395
Jaclyn Gans #9291
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
P.O. Box 1539
Boise, Idaho 83701
wgd@elamburke.com
jtg@elamburke.com
Telephone: 208-343-5454
Facsimile: 208-384-5844

Darin Lang (CO Bar # 32343; NE Bar # 21031; NM Bar # 148405)
NELSON MULLINS RILEY & SCARBOROUGH LLP
1400 Wewatta Street, Suite 500
Denver, Colorado 80202
darin.lang@nelsonmullins.com
Telephone: 303-583-9900
Facsimile: 303-583-9999

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| BRADLEY BLITON and SHANNON BLITON, <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US LLC, <br><br> Defendants. | Case No. 2:18-cv-00243-DCN <br><br> **STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

Plaintiffs Bradley and Shannon Bliton and Defendant FCA US LCC, through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(2) respectfully request that the Court dismiss, with prejudice, the Plaintiffs' claims against Defendant FCA US LLC in this case. Each party will bear its own costs and attorney's fees in this matter.

Dated this 31st day of August, 2018.

STIPULATED MOTION TO DISMISS WITH PREJUDICE - 1

By: /S/ 
Erik P. Smith #5008
Amanda Findlay #9916
LAKE CITY LAW GROUP PLLC
435 W. Hanley Ave., Ste. 101
Coeur d'Alene, ID 83815
Telephone: 208-664-8115
Facsimile: 208-664-6338

By: *Jaclyn Gans*
William G. Dryden #2395
Jaclyn Gans #9291
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
P.O. Box 1539
Boise, Idaho 83701
Telephone: 208-343-5454
Facsimile: 208-384-5844
E-mail: wgd@elamburke.com
        jtg@elamburke.com

*and*

Darin Lang (CO Bar # 32343; NE Bar # 21031; NM Bar # 148405)
*(Admitted Pro Hac Vice)*
NELSON MULLINS RILEY & SCARBOROUGH LLP
1400 Wewatta Street, Suite 500
Denver, Colorado 80202
Telephone: 303-583-9900
Facsimile: 303-583-9999
E-mail: darin.lang@nelsonmullins.com

*Attorneys for Defendant*

STIPULATED MOTION TO DISMISS WITH PREJUDICE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of August, I electronically filed the foregoing with the U.S. District Court, which sent notice of the same to the following individuals:

Erik P. Smith                              esmith@lclattorneys.com
Amanda Findlay
LAKE CITY LAW GROUP PLLC
435 W. Hanley Ave., Ste. 101
Coeur d'Alene, ID 83815
*Attorneys for Plaintiffs*

/s/ Jaclyn T. Gans
William G. Dryden
Jaclyn T. Gans

STIPULATED MOTION TO DISMISS WITH PREJUDICE - 3