UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| BRADLEY BLITON and SHANNON BLITON,<br><br>           Plaintiffs,<br><br>vs.<br><br>FCA US LLC<br><br>           Defendants. | Case No. 2:18-cv-00243-DCN<br><br>**ORDER RE: STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss with Prejudice (Dkt. 10). Having fully considered the information, the Motion is **GRANTED**.

NOW THEREFORE, IT IS HEREBY ORDERED that the above captioned case is dismissed with prejudice. Each party is to pay its own attorneys' fees and costs.

DATED: September 4, 2018

_____
David C. Nye
U.S. District Court Judge

ORDER RE: STIPULATED MOTION TO DISMISS WITH PREJUDICE - 1